UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLENONARD V. JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV 10-3445 FFM<br><br>JUDGMENT |

  Pursuant to the Stipulation for Dismissal,

  IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: December 16, 2010          /S/ FREDERICK F. MUMM
                              FREDERICK F. MUMM
                        United States Magistrate Judge